IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MANE USA, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 10-180-LPS-MPT |
| ALISON LEIGH, LLC, | : |
| Defendant. | : |

## **ORDER**

WHEREAS, Magistrate Judge Thynge issued a Report and Recommendation (D.I. 11) dated September 16, 2010, concerning a Motion for Recovery of Attorneys' Fees and Costs (D.I. 10);

WHEREAS, the Report recommends that the Motion be granted;

WHEREAS, any Objections to the Report and Recommendation were to be filed by October 4, 2010;

WHEREAS, neither party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Thynge in her Report and Recommendation (D.I. 11);

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 11) is **ADOPTED** and the Motion is GRANTED. The Court will issue a separate Order regarding the Motion.

Dated: March 31, 2011

UNITED STATES DISTRICT JUDGE